NELSON P. COHEN
United States Attorney

BRYAN D. SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE L. RODRIGUEZ,<br><br>Defendant. | Case No. 3:99-cr-00162-JKS-JDR-2<br><br>**MOTION OF THE UNITED STATES TO DISMISS FIRST SUPERCEDING INDICTMENT AND QUASH ARREST WARRANT** |

COMES NOW, the United States of America, by and through undersigned counsel, and files a motion to dismiss the first superceding indictment pursuant to Fed. R. Crim. P. 48(a) without prejudice in the above captioned case.

The government further requests that the outstanding arrest warrant be quashed.

RESPECTFULLY SUBMITTED this 3rd day of August, 2007, at Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/Bryan D. Schroder
>BRYAN D. SCHRODER
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9
>Anchorage, Alaska  99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>email: bryan.schroder@usdoj.gov