IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:99-cr-00162-JKS-JDR-2 |
| | ) | |
| Plaintiff, | ) | **[PROPOSED]** |
| | ) | **ORDER GRANTING** |
| vs. | ) | **MOTION OF THE UNITED** |
| | ) | **STATES TO DISMISS FIRST** |
| JORGE L. RODRIGUEZ, | ) | **SUPERCEDING** |
| | ) | **INDICTMENT AND QUASH** |
| Defendant. | ) | **ARREST WARRANT** |
| | ) | |

Having considered the Government's Motion to Dismiss the First Superceding Indictment and Quash Arrest Warrant filed in the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**. The first superceding indictment is dismissed without prejudice.

IT IS SO ORDERED.

DATED this ____ day of August, 2007, at Anchorage, Alaska.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE