**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
|       Plaintiff,   ) | |
| ) | Case No. 3:99-cr-00162-02-JKS |
| v.   ) | |
| ) | |
| JORGE L. RODRIGUEZ,   ) | |
| ) | |
|       Defendant.   ) | |
| _____) | |

**JUDGMENT OF DISCHARGE**
F$_{ED}$.R.C$_{RIM}$.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

  XX   The court has granted the motion of the government for dismissal without prejudice;

  ____   The court has granted the motion of the defendant for a Judgment of Acquittal;

  ____   A jury has been waived, and the court has found the defendant NOT GUILTY;

  ____   The jury has returned its verdict, finding the defendant NOT GUILTY;

  ____   (Other reason, or reasons, if any);

of the offense(s) of CONSPIRACY TO DISTRIBUTE COCAINE BASE; POSSESSION OF COCAINE BASE WITH INTENT TO DISTRIBUTE; CARRYING A FIREARM IN RELATION TO DRUG TRAFFICKING as charged in count(s) 1,2,4 of the Superseding Indictment.

      **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

  **DATED** at Anchorage, Alaska, this 9th day of August  2007.

                                                 /s/James K. Singleton,Jr.
                                               James K. Singleton, Jr.
                                               United States District Judge